902 So.2d 1057 (2005)
LAKE BISTINEAU PRESERVATION SOCIETY, INC., et al.
v.
WILDLIFE AND FISHERIES COMMISSION OF the STATE of Louisiana, et al.
No. 2005-C-0939.
Supreme Court of Louisiana.
May 20, 2005.
In re Lake Bistineau Preservation Society, Inc., et al.; Anderson, H.F.;  Plaintiff(s); Applying for Writ of Certiorari and/or Review, Parish of Bossier, 26th Judicial District Court Div. A, No. 114,784-A; to the Court of Appeal, Second Circuit, No. 39,369-CA.
Denied.